July 10, 1981.

435 A.2d 1309

Commonwealth v. Keefe, Appellant.

Argued January 26, 1981. Clement E. Kisailus, for appellant; Chester Muroski,

District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.